UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21199-CIV-MARTINEZ-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD VITO, JAMES ELEBY,
AND GERALD VITO LLC d/b/a
INCOME TAX SERVICES,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, pursuant to 28 U.S.C § 636 for a ruling on any and all post-judgment matters, including the Motion to Vacate or, in the Alternative, Set Aside Default Judgment of Permanent Injunction, ("Motion"). (ECF No. 22.) Judge Becerra filed two Report and Recommendations as to Defendant James Eleby, (ECF No. 54), and Defendants Gerald Vito and Gerald Vito LLC, (ECF No. 55), recommending that the Motion be denied as to all Defendants. The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that both of United States Magistrate Judge Becerra's Report and Recommendations, (ECF Nos. 54 & 55), are **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendants' Motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of January, 2023.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record